IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

REGINALD HOLLIMAN
ADC #154670                                                                                    PLAINTIFF

v.                              Case No. 4:17-cv-00630-KGB-JTR

BRAY, Deputy,
Pulaski County Regional Detention Facility, *et al.*                                          DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). No objections to the Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses with prejudice plaintiff Reginald Holliman's claims against separate defendant Billy Joe Plummer. The Court also dismisses without prejudice Mr. Holliman's claims against separate defendants Deputy Bray, Nurse Bahen, and Sheriff Doc Holiday. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 11th day of May, 2018.

_____
Kristine G. Baker
United States District Judge